# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

United States of America
v.
LEELYN DANIELLE CHYTKA

Case No. 1:21mj33

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* LEELYN DANIELLE CHYTKA,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1040(a)(1, 2) – Fraud in connection with major disaster or emergency benefits
18 U.S.C. 371 - Conspiracy to defraud the United States
18 U.S.C. 1028A - Aggravated identity theft
18 U.S.C. 1343 - Wire Fraud
18 U.S.C. 1349 - Conspiracy to commit wire fraud

Date: 2/11/21

*Issuing officer's signature*

City and state: Abingdon, Virginia

Pamela Meade Sargent, US Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*